IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| REV. EDWARD ALLAN BUCK,<br><br>　　Plaintiff,<br><br><br>　　　　vs.<br><br><br>ALBERTO GONZALES, Attorney General of the United States, in his Official and Individual Capacities; MEMBERS OF THE UNITED STATES SENATE, individually in their official and individual; and MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES, individually in their official and individual capacities,<br><br>　　Defendants. | ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br><br><br><br>Case No. 2:06-CV-321 |

　　　　Plaintiff the Reverend Edward Allan Buck, proceeding pro se and in forma pauperis, filed a complaint against the Attorney General of the United States and each member of the United States Senate and United States House of Representatives, all in their individual and official capacities, for alleged failure to enforce the immigration laws and for violations of civil rights. Below is a sampling of some of Mr. Buck's allegations:

> Plaintiff bring[s] this complaint on behalf of himself and **"ALL"** citizens of the United States for the "willful, intentional, and malicious" deprivation of the Plaintiff's and **"ALL"** citizens of the United States['] civil rights; and the "willful, intentional, and malicious" corruption due to **failures to enforce**

>      **Federal immigration laws** and the **Constitutional provision for repelling invasion**, obstruction of justice and obstruction of the due administration of justice, directly inflicted upon the Plaintiff as a citizen of the United States and directly inflicted upon **"ALL"** citizens of the United States.
>      Defendants are acting in corruptive collusion with the intentional conspiracy to deprive the Plaintiff as a "legal" citizen of the United States and to deprive **"ALL"** citizens of the United States of the civil rights and protections granted under the United States Constitution, and protected by the United States Code, and the Code of Federal Regulation[s]. Defendants have "willfully, intentionally, and maliciously" refused to act in accordance with the laws of the United States and specifically have refused to administer the employment position each Defendant retains with the Federal government as prescribed by United States rules, regulations, laws, and the United States Constitution, which deprives the Plaintiff of rights under the Constitution, Federal laws, rules, regulations, and statutes.[1]

Mr. Buck continues:

>      It is quite clear by the estimated 11 million illegal immigrants within the United States that the Defendant Attorney General Gonzales is unwilling and/or unable to abide by the [immigration and other] regulations stated above. The land border along the southwestern States with the country of Mexico is totally unprotected and is the primary area in which illegal immigrants enter the United States. Thus Defendant Attorney General Gonzales is personally criminally "aiding and abetting" the criminal entry of each illegal immigrant who currently resides within the United States.[2]

The complaint also alleges that

>      Defendant Members of the United States Senate and House of Representatives are assisting Defendant Attorney General Gonzales in "aiding and abetting" the criminal entry of each illegal immigrant by:
>      1. The insistence of **granting immunity** to illegal immigrants within the United States and
>      2. By the failure to appropriate the Federal funds to assist Defendant Attorney General Gonzales in the closing of the Southwest border thus repelling the "illegal invasion" and

---

[1]Compl. at 2.

[2]*Id.* at 5.

>3. By the failure to appropriate the Federal funds to assist Defendant Attorney General Gonzales in the apprehension of illegal immigrants within the United States.
>4. By the failure to institute legislation that would allow the United States military organizations to establish training camps along the Southwest borders at which trainees would be used on patrols to aid in the apprehension of illegal immigrants as they attempt to cross the borders and to provide comfort and aid to those who are found in physical distress.[3]

Mr. Buck's second cause of action contains similar allegations.

These allegations, and those unquoted, show that this complaint is frivolous. And no amendments could cure its defects. The court therefore ORDERS that this complaint be dismissed under 28 U.S.C. § 1915(d).[4] The clerk's office is directed to close the case.

SO ORDERED.

DATED this 15th day of May, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge

---

[3] *Id.* at 5–6.

[4] *See McKinney v. State of Okla. Dep't of Human Servs.*, 925 F.2d 363, 365 (10th Cir. 1991).